**GAMAGE & GAMAGE**
William H. Gamage, Esq.
Nevada Bar No. 009024
1775 Village Center Circle., Suite 190
Las Vegas, Nevada  89134
Telephone:  (702) 386-9529
*Attorneys for Defendant Benjamin Galecki*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

**********

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>     vs.<br><br>BENJAMIN GALECKI, et al.<br><br>            Defendant. | CASE NO. :   2:15-cr-00285-KJD-PAL-2<br><br>**EMERGENCY <u>UNOPPOSED</u> MOTION FOR WAIVER OF APPEARANCE AT ARRAIGNMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 10(b)** |

COMES NOW Defendant BENJAMIN GALECKI by and through CJA counsel and hereby timely files this Emergency Unopposed Motion for Waiver of Appearance at Arraignment Pursuant to Federal Rule of Criminal Procedure 10(b). Good cause appearing, Defendant Galecki respectfully asks that the Court accept this Waiver based upon the following:

1.     On or about August 24, 2016, the Government sought and obtained a Superseding Indictment. Dkt. No. 56.

2.     That same day, Counsel for Galecki was advised that the Arraignment on the Superseding Indictment would occur August 31, 2016 at 3:00 p.m.

3.     On or about August 24, 2016, Counsel advised Galecki of the Superseding Indictment, provided him electronically with a copy, and advised him of the date and time set for the Arraignment.

4. As the Court is aware, Galecki resides in Florida and is released under the supervision of Pretrial Services. Galecki is in compliance with the terms of his pretrial release bond.

5. Galecki has also been charged in the Eastern District of Virginia and the Southern District of Alabama. Galecki is released under Pretrial Services supervision in those districts as well.

6. Galecki advised counsel that he is scheduled to attend a business conference at the time of the Arraignment currently set on the Superseding Indictment. Additionally, Galecki has advised that costs for flights to Las Vegas on short term notice are prohibitive.

7. Federal Rule of Criminal Procedure 10(b) allows Defendants to waive their appearance at arraignments under certain circumstances with the acceptance of the district court.

8. On or about August 29, 2016, Counsel spoke with Galecki and discussed the contents of the Superseding Indictment. Galecki stated that he is in possession of a copy of the Superseding Indictment and has read same.

9. On or about August 29, 2016, Counsel contacted Government counsel regarding this Rule 10(b) Waiver and was advised that we may state that the request is Unopposed.

10. In the alternative, Government Counsel is not opposed to continuing the date for the Arraignment for Defendant Galecki. Lastly, Galecki would be willing to accommodate the Court in attending the Arraignment telephonically if so desired.

11. Defendant's Galecki's Counsel will appear at the hearing as scheduled.

12. Based upon the above and foregoing, Defendant Benjamin Galecki declares under penalty of perjury pursuant to the laws of the State of Florida and the United States of America the following:

    a. That he waives his appearance at the Arraignment set on August 31, 2016 at 3:00 p.m.;

    b. That he has received and read a copy of the Superseding Indictment;

    c. That he consents to telephonic or video conference attendance should the Court so desire; and,

    d. That he hereby wishes to enter a plea of Not Guilty.

Dated this 29th day of August, 2016.

**GAMAGE & GAMAGE**

/s/ William Gamage, Esq.
_____	_____
William H. Gamage, Esq.	Defendant Benjamin Galecki
Nevada Bar No. 009024
1775 Village Center Circle., Suite 190
Las Vegas, Nevada  89134
Telephone:  (702) 386-9529
*Attorneys for Defendant Benjamin Galecki*

IT IS SO ORDERED, this  29th  day of  August , 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on or the 29th day of August, 2016, the above and foregoing Emergency Unopposed Motion for Waiver of Appearance at Arraignment Pursuant to Federal Rule of Criminal Procedure 10(b) was served via the Court's electronic filing system on all counsel registered to this case along with Government counsel as follows:

**BRIAN G. SARDELLI**
Dept. of Justice
145 N Street, NE
Second Floor, East Wing
Washington DC, DC 20530
PH:    202-598-2950
Email: brian.sardelli2@usdoj.gov
*Counsel to the United States of America*

**JAMES E. KELLER**
United States Attorney's Office
100 West Liberty
Reno, NV 89501
PH:    775-784-5438
FX:    775-784-5181
Email: James.Keller3@usdoj.gov
*Counsel to the United States of America*

/s/ William H. Gamage

_____
EMPLOYEE OF GAMAGE & GAMAGE