1
**GAMAGE & GAMAGE**
William H. Gamage, Esq.
2
Nevada Bar No. 009024
1775 Village Center Circle., Suite 190
3
Las Vegas, Nevada  89134
Telephone:  (702) 386-9529
4
*Attorneys for Defendant Benjamin Galecki*

5
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
6

7
**********

8
UNITED STATES OF AMERICA

9
Plantiff,                    CASE NO. :   2:15-cr-00285-KJD-PAL-2

10
vs.                          **UNOPPOSED MOTION TO EXTEND**
                             **DEFENDANT'S DEADLINE TO**
11
BENJAMIN GALECKI, et al.     **DISCLOSE EXPERT WITNESSES**

12
Defendant.                   **(FIRST REQUEST)**

13

14   COMES NOW Defendant BENJAMIN GALECKI by and through CJA counsel

15   and hereby timely files this Unopposed Motion to Extend Defendant's Deadline to

16   Disclose Expert Witnesses (First Request). This Motion is made and based upon the

17   below justification, all papers and pleadings on file herein, along with any oral

18   argument deemed necessary by this court:

19

20   1.     The current deadline for Defendants to disclose expert witnesses is

21   November 23, 2016.

22   2.     Counsel has conferred with his client who does not object to this

23   request for an extension.

24

25   3.     Counsel has conferred with co-defendant counsel on the selection of

26   experts in an effort fully cover all areas of science needed to present cogent defenses

27   for our respective clients.

28

4.  In October of 2016, Defendant's Galecki and Ritchie were tried in the Eastern District of Virginia on the same violations of law as charged here related to operations of the business named in the instant Superseding Indictment.

5.  The 3 week trial in Virginia ended with a deadlocked jury unable to reach a decision based upon the complexity of the scientific issues similarly before this court.

6.  Counsel now respectfully requests a 2 week extension of time to disclose experts in this case in order to confer with co-defendant counsel to insure that our experts witnesses cover all necessary areas of science to support our clients' theories of defense.

7.  This would make the deadline for defendant's disclosure of expert witnesses December 7, 2016.

8.  On or about November 23, 2016, Counsel spoke with Government Counsel Brian Sardelli who agreed to the filing of this motion as 'Unopposed'.

9.  This Unopposed Motion is not brought for purposes of seeking an extension to the current trial date of February 6, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10. This unopposed request for additional time is brought in good faith and not for purposes of delay or to prejudice any party.

Dated this 23rd day of November, 2016.

**GAMAGE & GAMAGE**

/s/ William Gamage, Esq.
_____
William H. Gamage, Esq.
Nevada Bar No. 009024
1775 Village Center Circle., Suite 190
Las Vegas, Nevada  89134
Telephone:  (702) 386-9529
*Attorneys for Defendant Benjamin Galecki*

IT IS SO ORDERED THIS 28th day of November, 2016

_____
Magistrate / District Court Judge

**CERTIFCATE OF SERVICE**

I hereby certify that on or the 23rd day of November, 2016, the above and foregoing Unopposed Motion to Extend Defendant's Deadline to Disclose Expert Witnesses (First Request) was served via the Court's electronic filing system on all counsel registered to this case along with Government counsel as follows:

> **BRIAN G. SARDELLI**
> Dept. of Justice
> 145 N Street, NE
> Second Floor, East Wing
> Washington DC, DC 20530
> PH:   202-598-2950
> Email: brian.sardelli2@usdoj.gov
> *Counsel to the United States of America*
>
> **JAMES E. KELLER**
> United States Attorney's Office
> 100 West Liberty
> Reno, NV 89501
> PH:   775-784-5438
> FX:   775-784-5181
> Email: James.Keller3@usdoj.gov
> *Counsel to the United States of America*

/s/ William H. Gamage
_____
EMPLOYEE OF GAMAGE & GAMAGE