RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorney for Benjamin Galecki

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GALECKI,<br><br>Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Amy B. Cleary, Assistant Federal Public Defender, counsel for Defendant Benjamin Galecki, that the response to the Government's Motion to Substitute and Forfeit Property currently due on February 11, 2021, be vacated, continued sixty days, and reset for April 12, 2021.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to effectively and thoroughly investigate this case before filing a response. Defense counsel received Mr. Galecki's physical file from his prior counsel later than expected and, due to remote teleworking limitations the laborious process of scanning this file's documents has taken longer than usual, but is nearing completion. As defense counsel and her staff continue to telework due to the COVID-19 pandemic, an additional sixty days is necessary for defense counsel to respond to the government's motion and the complicated forfeiture issues therein.

2. The parties agree to the continuance and extension of time.

This is the third request for an extension of time.

DATED this 8th day of February 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   |   |
|    */s/Amy B. Cleary*<br>By_____<br>AMY B. CLEARY<br>Assistant Federal Public Defender |    */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 8, 2021

2