1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   AMY B. CLEARY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Amy_Cleary@fd.org
6

7  Attorney for Benjamin Galecki

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00285-APG-EJY-2 |
|---|---|
| Plaintiff, | **Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |
| v. | |
| BENJAMIN GALECKI, | |
| Defendant. | **(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel D. Hollingsworth, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Amy B. Cleary, Assistant Federal Public Defender, counsel for Defendant Benjamin Galecki, that Mr. Galecki's Response to the Government's Motion to Substitute and Forfeit Property currently due on April 12, 2021, be vacated, continued 45 days, and reset for May 27, 2021.

This Stipulation is entered into for the following reasons:

1. The parties need additional time for government counsel to provide defense counsel the necessary exhibits admitted during the forfeiture proceedings on July 8, 2019. Defense counsel is unable to locate all of the necessary exhibits in the material received from Mr. Galecki's former trial counsel. And government counsel, given telework requirements and in-office staff limitations in place due to the pandemic, requires additional time to locate and provide these exhibits to defense counsel.

2. Additionally, the Ninth Circuit's recent decision on March 3, 2021, in *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021), has substantially altered defense counsel's Response to the government's Motion.

3. The parties agree to the continuance and extension of time.

This is the fourth request for an extension of time.

DATED this 8th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|   */s/Amy B. Cleary*<br>By_____<br>AMY B. CLEARY<br>Assistant Federal Public Defender |   */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 9, 2021

2