UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GALECKI,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |

**IT IS HEREBY ORDERED** that the current May 27, 2021 deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 60 days, and reset for July 26, 2021.

**Dated** this 28th day of May, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE