RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org
Wendi_Overmyer@fd.org

Attorneys for Benjamin Galecki

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GALECKI,<br><br>　　　　Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**<br><br>**(Sixth Request)** |

　　　Defendant Benjamin Galecki, through counsel, requests the current July 26, 2021 deadline, for Mr. Galecki's Response to the Government's Motion to Substitute and Forfeit Property, be extended by 90-days, with the deadline reset for October 25, 2021.  Undersigned counsel is actively negotiating with all relevant parties toward a global resolution of the forfeiture order that would, if successful, negate a Response or, alternatively, result in a defense-prepared proposal approved by Defendants' spouses for the Court's consideration.  If all pending negotiations fail, however, Mr. Galecki will then file a Response to the

Government's Motion to Substitute and Forfeit Property (ECF No. 582) and may also address the Government's Proposed Final Forfeiture Order (ECF No. 628). This is the sixth request for an extension of time.

The 90-day extension is therefore necessary for the following reasons.

1.  The record is now complete, as the parties have received the transcripts for the two forfeiture status conferences of December 11, 2019 and August 26, 2020. The parties continue to review the complete record to present comprehensive, efficient pleadings and for negotiation.

2.  All parties—through their respective attorneys—affected by the motion to substitute property, including: Mr. Galecki; his wife Ashley Jett Galecki; co-defendant Charles Burton Ritchie; Mr. Ritchie's wife Stephanie Ritchie; and ZIW, LLC and are actively involved in settlement negotiations. At the Defendants' request, the government proposed a settlement agreement on July 9, 2021, which is being negotiated and countered by Defendants and their spouses. The settlement is anticipated to resolve the forfeiture and substitution. Additional time is necessary for the parties to complete these settlement negotiations, which may involve the government obtaining Department of Justice approval for any ultimate resolution.

3.  The Bureau of Prisons (BOP) continues to experience delays and difficulty providing confidential legal phone calls. Defense counsel continues to work with staff at Talladega FCI to confidentially discuss settlement negotiation progress with Mr. Galecki. Thus, more time is necessary to consult with Mr. Galecki regarding forfeiture settlement.

4.  Mr. Galecki is serving his 20-year sentence. The direct appeal challenging his convictions and sentence, in which Mr. Galecki is represented by

other counsel, remains in the briefing stage. *United States v. Galecki*, 9th Cir. No. 20-10288. Mr. Galecki's estimated release date is November 17, 2033.

5. On July 19, 2021, undersigned counsel contacted government counsel, Assistant United States Attorney Daniel Hollingsworth, who stated the government does not oppose a 90-day extension.

For these reasons, Mr. Galecki asks this Court to extend the deadline by 90-days for his response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582), resetting the deadline for October 25, 2021. A proposed order is attached to this stipulation for the Court's convenience.

DATED this 19th day of July 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/Amy B. Cleary*<br>By_____<br>AMY B. CLEARY<br>Assistant Federal Public Defender | */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |
| */s/Wendi L. Overmyer*<br>By_____<br>WENDI L. OVERMYER<br>Assistant Federal Public Defender | |

Attorneys for Benjamin Galecki

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BENJAMIN GALECKI,<br><br>          Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |

**IT IS HEREBY ORDERED** that the current July 26, 2021 deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 90 days, and reset for October 25, 2021.

**Dated** this 20th day of July 2021.

_____
UNITED STATES DISTRICT COURT JUDGE