**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN GALECKI,

Defendant.

Case No. 2:15-cr-00285-APG-EJY-2

**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**

**IT IS HEREBY ORDERED** that the current October 25, 2021 deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 60 days, and reset for December 17, 2021, by which Mr. Galecki shall either submit his Response or a signed stipulation by all the relevant parties resolving the forfeiture issues.

**Dated** this 22nd day of October 2021.

UNITED STATES DISTRICT COURT JUDGE