UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>BENJAMIN GALECKI,<br><br>      Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |

**IT IS HEREBY ORDERED** that the current December 17, 2021 deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 60 days, and reset for February 15, 2022, by which Mr. Galecki shall either submit his Response and any other filing he deems appropriate or a signed stipulation by all the relevant parties resolving the forfeiture issues.

**Dated** this __8th__ day of December, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

4