RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org
Wendi_Overmyer@fd.org

Attorneys for Benjamin Galecki

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GALECKI,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**<br><br>**(Ninth Request)** |

　　　　Defendant Benjamin Galecki, by counsel, requests the current February 15, 2022 deadline for Mr. Galecki's Response to the Government's Motion to Substitute and Forfeit Property be extended by 60 days, with the deadline reset for April 18, 2022.

　　　　Having obtained consent to resolve this matter on terms satisfactory to both Mr. Galecki and co-defendant Burton Ritchie, counsel for Mr. Galecki and Mr. Ritchie have shared a copy of the Defendants' draft stipulation with counsel for Mr. Ritchie's wife Stephanie Ritchie and made several textual changes at her

counsel's request.  Counsel for Mr. Galecki and Mr. Ritchie are still awaiting Mrs. Ritchie's response to final details in the draft stipulation.

In the interim, counsel for Mr. Galecki and Mr. Ritchie have reached a preliminary agreement on most material matters but need additional time to confer with Messrs. Galecki and Ritchie about recent language changes to the draft stipulation so that the final language may be confirmed.  As Messrs. Galecki and Ritchie are presently incarcerated at FCI Talladega and in a different time zone, confidential conversations about the multi-page stipulation are necessary but can be difficult to secure for the length of time needed.

Given the significant progress in negotiating the final forfeiture order, potentially negating the need to file a Response, Mr. Galecki requests an extension of time to file the Response.  In the event negotiations fail, Mr. Galecki will file Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582), address the Government's Proposed Final Forfeiture Order (ECF No. 628), and/or present his own proposed forfeiture order for the Court's consideration.  This is the ninth request for an extension of time.

Mr. Galecki thus submits the approximate 60-day extension is necessary for five reasons.

1.  The parties affected by the motion to substitute property and involved in the ongoing settlement negotiations, through their respective attorneys where applicable, include: the government; Mr. Galecki and his wife Ashley Jett Galecki; co-defendant Charles Burton Ritchie and his wife Stephanie Ritchie; and ZIW, LLC.

2.  At the Defendants' request, the government proposed a settlement agreement on July 9, 2021.  Defendants' counsel collaboratively drafted a response stipulation, which the Defendants presented to Stephanie Ritchie's

counsel, Attorney Nina J. Ginsberg, on October 22, 2021, and incorporated Mrs. Ritchie's requested revisions on November 8, 2021, but are still awaiting a final response from Attorney Ginsberg on several provisions.

3. On November 24, 2021, Defendants' counsel sent the revised draft stipulation (with the revisions from Mrs. Ritchie) to the government for review. Government counsel and Mr. Galecki's counsel reviewed the draft but, given the number of government entities that need to review and approve the stipulation, Assistant United States Attorney (AUSA) Daniel Hollingsworth suggested more time would be necessary to complete the settlement negotiations. After obtaining a stipulation for that purpose, AUSA Hollingsworth spoke with the necessary government entities. Then, on January 20, 2022, he and undersigned counsel conferenced for three hours on the stipulation and its terms, making material but preliminary line revisions to the draft stipulation.

4. On February 4, 2022, undersigned counsel sent AUSA Hollingsworth a hard copy of the revised stipulation in accordance with the discussions at the January 20, 2022 conference.

5. On February 10, 2022, AUSA Hollingsworth advised he needed more time to have his supervisors and IRS review the revised language. Defense counsel also need additional time to consult with Messrs. Galecki and Ritchie regarding the preliminary, material revisions.

For these reasons, Mr. Galecki asks this Court to extend the deadline by 60-days. Mr. Galecki asks this Court to reset the deadline from February 15, 2022 to April 18, 2022, for him to either submit a signed stipulation by all relevant parties resolving the forfeiture issues in this case or file a Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582), address the Government's Proposed Final Forfeiture Order (ECF No. 628), and/or

3

present his own proposed final forfeiture order for the Court's consideration. AUSA Hollingsworth advises he does not object to this 60-day extension. A proposed order is attached to this stipulation for the Court's convenience.

DATED this 10ʰ day of February 10, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/Amy B. Cleary*<br>By_____<br>AMY B. CLEARY<br>Assistant Federal Public Defender | */s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

4

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN GALECKI,<br><br>    Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |

**IT IS HEREBY ORDERED** that the current February 15, 2022 deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 60 days, and reset for April 18, 2022, by which Mr. Galecki shall either submit his Response and any other filing he deems appropriate or a signed stipulation by all the relevant parties resolving the forfeiture issues.

    **Dated** this  11th  day of February, 2022.

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

5