RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
WENDI L. OVERMYER
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org
Wendi_Overmyer@fd.org

Attorneys for Benjamin Galecki

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN GALECKI,<br><br>    Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Joint Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**<br><br>**(Twelfth Request)** |

The Parties, through their respective counsel, request the current September 8, 2022, deadline for Mr. Galecki's Response to the Government's Motion to Substitute and Forfeit Property be extended by 90 days, with the deadline reset for December 7, 2022.

Counsel for the government, Mr. Galecki, and co-defendant Charles Burton Ritchie are still negotiating the terms of a stipulation that addresses for final resolution the substitution and forfeiture issues before the Court and, if successful, would negate the need for Mr. Galecki to file a Response. However

and despite significant progress, two events necessitate additional time to resolve this process.

First, counsel for Mr. Galecki and Mr. Ritchie proposed revisions to and posed inquiries about the most recent revision to the draft stipulation on July 14, 2022. Government counsel advises, however, that staffing and workload issues render him unable to respond to those revisions and inquiries before the September 8, 2022, deadline. Government counsel thus requires additional time to respond to defense counsel's revisions and inquiries.

Second, Mr. Galecki recently underwent emergent heart surgery and his counsel has not been able to contact him for the last several weeks. It is presently unknown when communication can resume.

The additional time requested will thus allow continued negotiation of the draft stipulation and give Mr. Galecki time to recuperate and participate in this process. If, however, negotiations are unsuccessful, Mr. Galecki will file his Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582), present his own proposed forfeiture order for the Court's consideration, or submit any other necessary motion for the Court's consideration.

Counsel do not make this request for purposes of delay but act with diligence and for the purpose of resolving the final forfeiture order in an efficient manner without extended litigation and without unnecessarily taxing judicial resources.

Counsel thus respectfully jointly request a 90-day extension of Mr. Galecki's Response.

///

///

2

1   This is the twelfth request for an extension of time.

2   DATED this 1st day of September, 2022.

| RENE L. VALLADARES | JASON FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| */s/Amy B. Cleary* | */s/ Daniel D. Hollingsworth* |
| By_____ | By_____ |
| AMY B. CLEARY | DANIEL D. HOLLINGSWORTH |
| Assistant Federal Public Defender | Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GALECKI,<br><br>Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)** |

**IT IS HEREBY ORDERED** that the current September 8, 2022, deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 90 days, and reset for December 7, 2022, by which Mr. Galecki shall either submit his Response, any other filing he deems appropriate, or a signed stipulation by all the relevant parties resolving the forfeiture issues.

**Dated** this  2nd  day of September, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

4