RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorneys for Benjamin Galecki

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GALECKI,<br><br>Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>**Joint Stipulation for Extension of Time to File Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582)**<br><br>**(Fourteenth Request)** |

The parties, through their respective counsel, request the current March 7, 2023, deadline for Mr. Galecki's Response to the Government's Motion to Substitute and Forfeit Property be extended by 90 days, with the deadline reset for June 5, 2023.

Counsel for the government, Mr. Galecki, and co-defendant Charles Burton Ritchie are still negotiating the terms of a stipulation that addresses for final resolution the substitution and forfeiture issues before the Court and, if successful, would negate the need for Mr. Galecki to file a Response. Despite meaningful and continued positive progress in the parties' negotiations, a

significant event concerning key assets at issue requires additional time to resolve these negotiations.

Specifically, Mr. Galecki's counsel has been advised that Co-Defendant Burton Ritchie is in the final stages of resolving his divorce from Stephanie Ritchie in Utah state court. The Ritchies' divorce proceedings will finalize their mutual agreements as to separation of marital assets. The Ritchies' separation of marital assets in Utah state court will necessarily impact the assets subject to forfeiture in this case, including the Ritchies' Fidelity Investment Account (a critical cash asset to pay the forfeiture sum) and the Ritchies' Las Vegas condominium (an asset which has been forfeited and the instant parties are negotiating as a forfeitable asset in the event of a shortfall of funds to pay the forfeiture sum). This development requires revising the parties' draft stipulation regarding allocation of assets to satisfy the forfeiture sum in this case to comport with the Ritchies' agreement as to their asset division in Utah state court.

Additional time is thus requested to (1) allow the parties to continue their negotiations, (2) revise the draft stipulation to comport with the Ritchies' agreement as to the division of assets in Utah state court, and (3) submit a joint stipulation to this Court for consideration to resolve the forfeiture proceedings. If, however, these negotiations do not succeed, Mr. Galecki will file his Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582), present his own proposed forfeiture order for the Court's consideration, or submit any other necessary motion for the Court's consideration.

Counsel do not make this request for purposes of delay but act with diligence and for the purpose of resolving the final forfeiture order in an efficient manner without extended litigation and without unnecessarily taxing judicial resources.

1     Counsel thus respectfully jointly request a 90-day extension of Mr. Galecki's Response due date.

    This is the fourteenth request for an extension of time.

    DATED this 2nd day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON FRIERSON<br>United States Attorney |
| *s/Amy B. Cleary*<br>By_____<br>AMY B. CLEARY<br>Assistant Federal Public Defender | *s/ Daniel D. Hollingsworth*<br>By_____<br>DANIEL D. HOLLINGSWORTH<br>Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN GALECKI,<br><br>　　　　Defendant. | Case No. 2:15-cr-00285-APG-EJY-2<br><br>Order Resetting Deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) |

**IT IS HEREBY ORDERED** that the current March 7, 2023, deadline for Defendant's Response to the Government's Motion to Substitute and Forfeit Property (ECF No. 582) is vacated, extended by 90 days, and reset for June 7, 2023, by which Mr. Galecki shall either submit his Response, any other filing he deems appropriate, or a signed stipulation by all the relevant parties resolving the forfeiture issues.

　　**Dated** this __6th__ day of March, 2023.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

4