RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Amy_Cleary@fd.org

Attorney for Benjamin Galecki

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Benjamin Galecki,<br><br>        Defendant. | Case Nos. 2:15-CR-285-APG-EJY<br>              2:20-CR-163-APG-EJY<br>              2:20-CR-164-APG-EJY<br><br>**Motion for Leave to File Oversize Sentence Reduction Motion** |

      Benjamin Galecki respectfully requests leave to file a motion for sentence reduction that exceeds the 30-page limit outlined under Local Rule 47-2.

      Mr. Galecki has served about 7 years of his federal prison and seeks a reduction for several complex medical reasons. The motion for a sentence reduction totals 35 pages and is accompanied by 8 exhibits. The majority of the motion involves addresses three areas by: (1) summarizing Mr. Galecki's more than 500 pages of records, pp. 11–20; (2) summarizing two experts' review of Mr. Galecki's medical records, 20–25; and (3) summarizing case law governing

sentence reductions, pp. 8–11, 27–29. The motion also includes numerous images for to facilitate review.

    For these reasons, Mr. Galecki seeks leave to file an oversized motion for sentence reduction.

Dated: October 30, 2023.　　　　Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By: *s/ Amy B. Cleary*
AMY B. CLEARY
Assistant Federal Public Defender
Attorney for Benjamin Galecki

IT IS SO ORDERED:

Dated: October 31, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE